UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LARRY LEWIS HIGHTOWER, JR.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. EDWARD BIRDSONG,<br><br>　　　　Defendant. | Case No.: 4:15-cv-03966-YGR<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANT'S MOTION FOR SECOND EXTENSION OF TIME TO FILE SUMMARY JUDGMENT MOTION OR OTHER DISPOSITIVE MOTION |

Good cause appearing, Defendant's motion for a second extension of time to file a motion for summary judgment or other dispositive motion is GRANTED. Defendant shall file the motion no later than **September 9, 2016**. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendant no later than **twenty-eight (28) days** after the date that Defendant's motion is filed. Defendant shall file a reply brief no later than **fourteen (14) days** after the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated: July 25, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　United States District Judge

1